STATE, Respondent, v. KUNKEL, et al, Appellants.

(251 N. W. 809.)

(File No. 7620.   Opinion filed December 19, 1933.)

*Lars A. Bruce*, of Yankton, for Appellants.

*Walter Conway*, Attorney General, *Herman L. Bode*, Assistant Attorney General, and *William J. Metzger*, State's Attorney, of Olivet, for the State.

PER CURIAM.   The defendants were convicted of the crime of grand larceny.

The judgment and order appealed from are affirmed.

All the Judges concur.